672 A.2d 279

John W. TRUDE,

v.

Brian MARTIN, an individual, Rod Shellhouse, an individual, Nancy Brown, an individual, Donati's Inc., a corporation and Equitable Financial Management, Inc.,

Petition of EQUITABLE FINANCIAL MANAGEMENT, INC.

Supreme Court of Pennsylvania.

Jan. 25, 1996.

## ORDER

PER CURIAM:

AND NOW, this 25th day of January, 1996, the Petition for Allowance of Appeal is GRANTED limited to the question of whether delay damages should be calculated on a joint and several liability basis of the entire molded verdict or whether delay damages should be assessed according to petitioner's proportionate share of liability.